# Third District Court of Appeal

## State of Florida

Opinion filed October 30, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0287
Lower Tribunal No. 18-26405
_____

**Gary B. Crouch,**
Appellant,

vs.

**Briana Brumer, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Michael Compagno, P.A., and Michael Compagno (West Palm Beach), for appellant.

Gordon Rees Scully Mansukhani, LLP, and David Gersten and John T. Mills, for appellees.

Before EMAS, SCALES, and LOBREE, JJ.

PER CURIAM.

Appellant Gary B. Crouch challenges a post-judgment order denying his two October 13, 2022 motions to impose sanctions on Appellees Briana Brumer and JB Kelly, LLC, as well as on Appellees' trial counsel. Appellant argues that Appellees' filing of certain documents in this case violated the parties' non-disclosure and confidentiality agreement (the "Agreement") – approved by the trial court on September 22, 2020 (the "Order") – which restricted access to those filings "for attorney's eyes only."

After conducting a non-evidentiary hearing on Appellant's sanctions motions, the trial court determined that, because Appellees had filed the documents into a record that had been sealed by various court orders, these filings – into a sealed record – did not violate the Order or the Agreement. Perceiving no abuse of discretion[1] in the trial court's ruling, we affirm.

---

[1] See Shir Law Grp., P.A. v. Carnevale, 345 So. 3d 380, 382 (Fla. 3d DCA 2022).